1  KEITH M. WHITE #188536
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5

6  Attorneys for Defendants LA FIESTA ENTERPRISES, LLC, dba
   LA FIESTA RESTAURANT & BAR and dba
7  LA FIESTA CARNICERIA, CONSUELO OLIVERA

8
   TANYA E. MOORE #206683
9  MOORE LAW FIRM, P.C.
   332 North Second Street
10 San Jose, CA  95112
   Telephone:  (408) 298-2000
11 Facsimile:  (408) 298-6046

12
   Attorneys for Plaintiff,  JOSE ESCOBEDO
13
                    **UNITED STATES DISTRICT COURT**
14
                  **EASTERN DISTRICT OF CALIFORNIA**
15
   JOSE ESCOBEDO,                          NO.    1:15-cv-00690-SAB
16
                        Plaintiff,
17                                         **STIPULATION TO EXTEND**
         v.                                **DEFENDANTS' LA FIESTA**
18                                         **ENTERPRISES, LLC, DBA LA**
                                           **FIESTA RESTAURANT & BAR AND**
19 LA FIESTA ENTERPRISES, LLC, dba LA      **DBA LA FIESTA CARNICERIA,**
   FIESTA RESTAURANT & BAR and dba         **CONSUELO OLIVERA'S DEADLINE**
20 LA FIESTA CARNICERIA, CONSUELO          **TO RESPOND TO PLAINTIFF'S**
   OLIVERA,                                **COMPLAINT**;  **ORDER**
21
                        Defendant(s).
22

23
              WHEREAS, the responsive pleading of Defendants, LA FIESTA ENTERPRISES, LLC,
24
   dba LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, and
25
   CONSUELO OLIVERA (hereinafter "La Fiesta"), is due on July 17, 2015;
26

27 ///

28

                                           1

WHEREAS, the scheduling conference in this matter is currently set for September 8, 2015;

WHEREAS, there has already been one stipulation for a 28-day extension of time to respond;

WHEREAS, Plaintiff, Jose Escobedo (Escobedo) and La Fiesta wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings ;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, a further extension of time is necessary in order to complete the terms of the settlement between the parties and it is likely that the case will settle without further use of the Court's resources and time;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, Plaintiff, Jose Escobedo, through his attorney of record, and Defendants, La Fiesta and Olivera, through their attorney of record, hereby stipulate as follows:

1.     That Defendants La Fiesta's time to respond to the Complaint be extended to August 18, 2015, which extension exceeds 28 days from the initial deadline.

Dated: July 17, 2015          COLEMAN & HOROWITT, LLP

By:____*/s/ Keith M. White*_____
KEITH M. WHITE
Attorneys for Defendants,
LA FIESTA ENTERPRISES, LLC, dba LA
FIESTA RESTAURANT & BAR AND DBA
LA FIESTA CARNICERIA; CONSUELO
OLIVERA

Dated: July 17, 2015          MOORE LAW FIRM, P.C.

By:____*/s/ Tanya E. Moore*_____
TANYA E. MOORE
Attorneys for Plaintiff
JOSE ESCOBEDO

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants LA FIESTA ENTERPRISES, LLC, dba

LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, and CONSUELO

OLIVERA's responses to the Complaint be filed no later than August 18, 2015.

IT IS SO ORDERED.

Dated:   **July 17, 2015**

UNITED STATES MAGISTRATE JUDGE