KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants, LA FIESTA ENTERPRISES,
LLC, dba LA FIESTA RESTAURANT & BAR and
dba LA FIESTA CARNICERIA, CONSUELO OLIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>             Plaintiff(s),<br><br>      v.<br><br>LA FIESTA ENTERPRISES, LLC, dba LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, CONSUELO OLIVERA<br><br>             Defendant(s). | 1:15-cv-00690-SAB<br><br>**STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with preparing for and attending the currently scheduled Mandatory Scheduling Conference;

WHEREAS the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS Defendants have completed an inspection by a Certified Access Specialist ("CASp") and have shared the report with counsel for Plaintiff, and are in the process of developing a plan for remediation of the access issues identified in that report;

/ / /

/ / /

WHEREAS the property at issue herein requires a significant amount of exterior concrete and asphalt work, remediation of two restrooms, leveling of the interior floor, and many other less difficult/expensive upgrades;

WHEREAS, the barrier removal will likely require the work to be phased in affordable, and sensible from a construction perspective, segments;

WHEREAS the phasing of the barrier removal requires the assistance of both the CASp and the contractor, who are also busy with other projects;

WHEREAS the defendants are working toward developing a remediation plan for the removal of barriers to access and that plan may require creativity, flexibility, scheduling, and understanding;

WHEREAS counsel for the parties have worked together on dozens of cases of this type and generally work well together and are able to resolve cases without court intervention or assistance;

WHEREAS the parties agree that once the remediation plan is complete, it is likely that the case will settle without further use of the Court's resources and time; and

WHEREAS the Defendants filed their Answer to Complaint on August 19, 2015.

NOW, THEREFORE, Plaintiff, JOSE ESCOBEDO, and Defendants, LA FIESTA ENTERPRISES, LLC, dba LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, and CONSUELO OLIVERA, ("Defendants"), through their respective counsel, hereby stipulate that the Mandatory Scheduling Conference that was scheduled by the court for September 8, 2015 at 10:00 a.m. be continued to a date after November 10, 2015, at the Court's convenience;

/ / /

/ / /

/ / /

/ / /

|  |  |
|---|---|
| Dated: August 25, 2015. | COLEMAN & HOROWITT, LLP |
|  | By: ___/s/ Keith M. White_____<br>KEITH M. WHITE<br>Attorneys for Defendants,<br>LA FIESTA ENTERPRISES, LLC, dba LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, CONSUELO OLIVERA |
| Dated: August 25, 2015 | MOORE LAW FIRM, P.C. |
|  | By: ___/s/ Tanya E. Moore_____<br>TANYA E. MOORE<br>Attorneys for Plaintiff<br>JOSE ESCOBEDO |

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for September 8, 2015, be continued to November 10, 2015 at 9:45 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. The parties shall file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **August 28, 2015**

UNITED STATES MAGISTRATE JUDGE