# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA FIESTA ENTERPRISES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00690-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>Deadline: December 9, 2015 |

　　　On November 9, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending matters and dates are VACATED; and

　　　2.　　The parties shall file dispositional documents on or before December 9, 2015.

IT IS SO ORDERED.

Dated:　**November 9, 2015**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1