1 | Tanya E. Moore, SBN 206683
  | MOORE LAW FIRM, P.C.
2 | 332 North Second Street
  | San Jose, California  95112
3 | Telephone (408) 298-2000
  | Facsimile (408) 298-6046
4 | Email:  tanya@moorelawfirm.com

5 | Attorney for Plaintiff
  | Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | ) No. 1:15-cv-00690-SAB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| LA FIESTA ENTERPRISES, LLC, dba LA FIESTA RESTAURANT & BAR and dba LA FIESTA CARNICERIA, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants La Fiesta Enterprises, LLC, dba La Fiesta Restaurant & Bar and dba La Fiesta Carniceria; and Consuelo Olivera, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 9, 2015          MOORE LAW FIRM, P.C.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Jose Escobedo

Dated: December 9, 2015          COLEMAN & HOROWITT, LLP

                                 */s/ Keith M. White*
                                 Keith M. White
                                 Attorneys for Defendants,
                                 La Fiesta Enterprises, LLC, dba La Fiesta
                                 Restaurant & Bar and dba La Fiesta Carniceria;
                                 and Consuelo Olivera

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **December 9, 2015**

                                 UNITED STATES MAGISTRATE JUDGE